IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:  LUMBER LIQUIDATORS            )
CHINESE-MANUFACTURED FLOORING         )
DURABILITY MARKETING AND SALES        )   MDL No. 1:16md2743 (AJT/TRJ)
PRACTICE LITIGATION                   )
_____)

This Document Relates to ALL Cases
_____

## **ORDER**

For the reasons stated at the conference on July 27, 2017, the schedule for completion of damages discovery and motions briefing is amended as follows:

| | |
|---|---|
| August 31, 2017 | Fact Discovery Closes |
| September 1, 2017 | Defendant's Motion to Combine Formaldehyde and Durability MDLs, to be noticed for hearing on October 6, 2017 |
| September 6, 2017 | Plaintiffs' Expert Disclosures |
| September 11-15, 2017 | Durability MDL Plaintiffs' Experts Made Available for Deposition |
| September 18, 2017 | Plaintiffs' Opposition to Motion to Combine Formaldehyde and Durability MDLs |
| September 25, 2017 | Defendant's Expert Disclosures |
| September 27, 2017 | Defendant's Reply to Motion to Combine Formaldehyde and Durability MDLs |
| October 2-10, 2017 | Defendant's Experts Made Available for Deposition |
| October 16, 2017 | Summary Judgment Motions |
| November 6, 2017 | Oppositions to Summary Judgment |
| November 13, 2017 | Replies to Summary Judgment |
| December 1, 2017 | Plaintiffs' Motion for Class Certification and Damages Expert Disclosures |
| December 11-12, 2017 | Plaintiffs make Damages Expert(s) Available for Deposition |

1

| January 12, 2018 | Defendant's Opposition to Class Certification and Damages Expert Disclosures |
| --- | --- |
| January 22-23, 2018 | Defendant makes Damages Expert(s) Available for Deposition |
| February 2, 2018 | Plaintiffs' Class Certification Reply |

It is so ORDERED.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia
August 1, 2017