IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) MDL No. 1:16md2743 (AJT/TRJ) |

This Document Relates to ALL Cases

## ORDER
(Staying All Discovery)

It is hereby

ORDERED that all discovery, as well as all deadlines included in the Court's Order dated August 1, 2017 [Doc. No. 96] be, and the same hereby are, STAYED pending further order of the Court.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 17, 2017