*In Re: Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1:15-md-02627; or *In Re: Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation*, MDL No. 1:16-md-2743;

Mary Martin

P.O. Box 354

Wyandotte, Michigan 48192

marysonda@hotmail.com



AUG 2 4 2018

Hello,

I would like to object to the fact that I am only able to claim 1,935.00 for the laminate flooring I purchased when really I spent 4,142.32 as I put this lament flooring throughout my entire home. I believe that anything pertaining to the cost of the flooring, except the cleaning products I purchased, should be included in this cost, per the purchase order I am enclosing. I also spent almost 3000.00 for installation bringing my cost at roughly 7,000, give or take. I am sending you copies of my invoice for the flooring I purchased, and also copies of my installation if you see fit to include it. If not, I feel I still should be able to claim the 4,142.32 for the cost of the flooring, minus the cleaning products, but would very much help if I also can recover my installation costs in case I do have to replace all the flooring in my home. By participating in this class action suit, which I very much want to do, I give up my rights to any further claims on this flooring with lumber liquidators, even though my flooring is under contract with lumber liquidators with a 50 year warranty. So you see why I would like to recover as much of my cost as possible, as I now find there is a defect also in the flooring as it is beginning to discolor with light colored spots all over the flooring., and if this continues to spread, I will need to replace the flooring in my entire home  I hope you can see your way to allow me more than the 1,935.00 for my flooring, which is surely defective and will need to eventually be replaced. This class action law suit is the last attempt I have of covering my costs for this flooring. I can send you pictures of the defective spots on the floor if you need it.

Please only send any correspondence to my P.O. Box 354 Wyandotte, Michigan, as I do not get mail at my home address, and will get sent back if you send it there.

I do not plan on attending the final hearing.

Thank You

With highest regard

*[signature]*

Mary Martin



Lumber Liquidators, Inc.  
Redford, MI 1015  
13080 Inkster Road  
REDFORD MI 48239

Phone: (313) 532-1200  
Fax: (313) 532-1222  
Email: Store015@lumberliquidators.com

Aug 20, 2018  4:16:46 PM

# Invoice

## Sold-To Party
MIRIAM MARTIN  
P.O. BOX 354  
WYANDOTTE MI 48192  
Phone: (734) 778-1663  
Mobile: (734) 309-0695  
marysonda@hotmail.com

## Ship-To Party
MIRIAM MARTIN  
P.O. BOX 354  
WYANDOTTE MI 48192  
Phone: (734) 778-1663  
Mobile: (734) 309-0695  
marysonda@hotmail.com

## Information
Sales Order No 120675479  
Document Date 08/02/2012  
Customer No. 3412807  
Currency USD  
Contact Person

## Order Comments
3-48 treads left return

| PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10023865/12VR-S/1015/10/08-02-2012 | 972.40 | 0.00 | 972.40 FT2 | 1.99 USD | 1,935.08 USD |
| STJ Vintner's Reserve 12mm with pad | | | | | |
| 30 Year Warranty | | | | | |

Follow manufacturer's instructions for use of a moisture barrier. When exposed to UV sunlight or heat exposure color fading / darkening can occur not considered a defect. There's a 5% allowance established for waste created as a result of the installation Refer to product warranty for details. This item is subject to CARB regulations in the state of California.

| | | | | | |
|---|---|---|---|---|---|
| 10010700/A12VRQR/1015/20/08-02-2012 | 345.00 | 0.00 | 345.00 FT | 0.99 USD | 341.55 USD |
| LAM Vintners Reserve 7.5' QR | | | | | |
| 10005549/A12VRTM/1015/30/08-02-2012 | 15.00 | 0.00 | 15.00 FT | 3.32 USD | 49.80 USD |
| LAM Vintners Reserve 7.5' TM | | | | | |
| 10014659/A12VRSN/1015/40/08-02-2012 | 15.00 | 0.00 | 15.00 FT | 3.51 USD | 52.65 USD |
| LAM Vintners Reserve 7.5' SN | | | | | |
| 10010421/FFTGA/1015/50/08-02-2012 | 1.00 | 0.00 | 1.00 EA | 5.69 USD | 5.69 USD |
| LL Floating Floor T&G Adhesive | | | | | |
| 10000201/PRBCT36/1015/60/08-02-2012 | 6.00 | 0.00 | 6.00 EA | 59.99 USD | 359.94 USD |
| PRE Braz Cherry 1x11-1/2x36" Tread | | | | | |
| 10000916/PRBCR36/1015/70/08-02-2012 | 7.00 | 0.00 | 7.00 EA | 39.99 USD | 279.93 USD |



Lumber Liquidators, Inc.  
Redford, MI 1015  
13080 Inkster Road  
REDFORD MI 48239  

Phone: (313) 532-1200  
Fax: (313) 532-1222  
Email: Store015@lumberliquidators.com  

Aug 20, 2018    4:16:46 PM

# Invoice

Sales Order No: 120675479

| PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| PRE Braz Cherry 3/4x7-1/4x36" Riser | | | | | |
| 10010491/PRBCR48/1015/80/08-02-2012 | 4.00 | 0.00 | 4.00 EA | 49.99 USD | 199.96 USD |
| PRE Braz Cherry 3/4x7-1/4x48" Riser | | | | | |
| 10003753/HUSBC3SV/1015/90/08-02-2012 | 45.50 | 0.00 | 45.50 FT2 | 5.89 USD | 268.00 USD |
| BEL Brazilian Cherry 3/4x3-1/4" Sel | | | | | |

Bellawood 100 Year Transferable Warranty. Terms and conditions apply. See store associate, go to bellawood.com or call 800-254-0181 for details and a copy of the warranty, which includes the registration procedures required for your warranty to be transferable.

Brazilian Cherry Select will exhibit natural variations of color from russet to reddish brown tones. It may have natural characteristics such as thin mineral streaks and small tight knots on some planks. Variations in color are a natural occurrence and extreme color change due to UV exposure is expected. There is a 10% allowance established for pieces exhibiting one or more milling/finished defects outside of the milling and grading tolerances. Extended acclimation time may be needed. Expect variations from samples to installed flooring. Pull from multiple boxes when installing. Refer to product warranty and installation instructions for details

| PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10000153/PRBCSN3/1015/100/08-02-2012 | 13.00 | 0.00 | 13.00 FT | 9.49 USD | 123.37 USD |
| PRE Braz Cherry 3/4x3-1/4"x6.5' SN | | | | | |
| INSIDE25/INSIDE25/1015/120/08-17-2012 | 1.00 | 0.00 | 1.00 ZLD | 217.95 USD | 217.95 USD |
| Inside to Any Room: 0-25mi | | | | | |

INSIDE DELIVERY: Driver will carry boxes into the home or building and place product in two rooms on ground level. Stairs and Elevators are not included.

| PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10023343/BELLAWFMK/1015/130/08-17-201 | 1.00 | 0.00 | 1.00 EA | 16.50 USD | 16.50 USD |
| Bellawood Floor Care Kit | | | | | |
| 10001852/HWFC/1015/140/08-17-2012 | 12.00 | 0.00 | 12.00 EA | 4.00 USD | 48.00 USD |
| HWFC Bottle Bellawood Floor Cleaner | | | | | |
| 10022447/FELTPADHD/1015/150/08-17-201 | 1.00 | 0.00 | 1.00 EA | 0.99 USD | 0.99 USD |
| Felt Pads 1-1/2" Heavy Duty SQ 8-Pack | | | | | |
| 10022448/FELTPADPACK/1015/160/08-17-2 | 1.00 | 0.00 | 1.00 EA | 2.50 USD | 2.50 USD |
| Felt Pad Various sizes 43-pack | | | | | |
| 10021566/SCRATCH-AWAY/1015/170/08-17 | 1.00 | 0.00 | 1.00 EA | 5.00 USD | 5.00 USD |
| New Scratch Away 8oz Bottle | | | | | |

PAYMENTS                                                                                 AMOUNT



Lumber Liquidators, Inc.  
Redford, MI 1015  
13080 Inkster Road  
REDFORD MI 48239

Phone: (313) 532-1200  
Fax: (313) 532-1222  
Email: Store015@lumberliquidators.com

Aug 20, 2018   4:16:46 PM

# Invoice

Sales Order No: 120675479

|  |  |  |
|---|---|---|
| LL Credit Card | XXXXXXXXXXXXXXXX6568 | 308.40 USD |
| Authorized: | 08/28/2012 13:14:32 | |
| Auth #: | 028786 | |
| Promotion Code: | (112) - 12 Month With Pay, Deferred Interest | |

No Interest Charges will be assessed if the promotional purchase balance is paid in full within the Promotional Period stated above. If the promotional purchase balance is not paid in full by the end of the Promotional Period, interest will be imposed from the date of purchase at the Purchase Annual Percentage Rate (APR). Minimum monthly payments are required. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

|  |  |  |
|---|---|---|
| Check | 7257 | 4,322.67 USD |
| Authorized: | 08/02/2012 13:23:01 | |
| Auth #: | 193763 | |

REFUNDS · AMOUNT

|  |  |  |
|---|---|---|
| Corp.Check | | -489.75 USD |
| Authorized: | 09/07/2012 14:26:39 | |

|  |  |
|---|---|
| Items Total: | 3,906.91 USD |
| Subtotal: | 3,906.91 USD |
| Tax: | 234.41 USD |
| Order Total: | 4,141.32 USD |
| Payments: | 4,141.32 USD |
| Balance Due: | 0.00 USD |

For a copy of your applicable limited warranty; our returns/exchanges and refunds policy; and other terms of sale, please inquire at our store; visit www.lumberliquidators.com, or call Customer Care at (800)366-4204.

# SUMMIT FLOORING

(734) 255-2205   (810) 623-3397

David Satur   Jason Badall

Lic# 2101193250
WO#: 18620893
Project#:
Phone:
Summithardwoodflooring@yahoo.com

Customer: Mary Martin
Address: 17591 Matthews Riverview, MI

cc

| Project | Price/sq. ft. Install | Product | Square Feet | Total Price | Notes | | |
|---|---|---|---|---|---|---|---|
| Carpet Rip | | | | | Furniture | | |
| Hardwood Rip | | | | | Appliances | | |
| Laminate Rip | | | | | Metal Strip | | |
| Vinyl Rip | | | | | Special Items | | |
| Ceramic Rip | | | | | Other | | |
| | | | | | Other | | |
| Hardwood | | | | | | | |
| Laminate ✓ | $1.99 | | 958 ft² | $1906.42 | | | |
| Carpet | | | | | | | |
| Carpet Tile | | | | | | | |
| VCT Tile | | | | | | | |
| Ceramic Tile | | | | | | | |
| Vinyl tile | | | | | | | |
| Sub Floor Product ✓ | $2.50 | | 109 ft² | $272.50 | | | |
| Base | | | | | | | |
| 1/4 Rnd or Shoe ✓ | $1.75 | | 295 ft | $516.25 | | | |
| Reducer/Metal | | | | | | | |
| T-Molding | | | | | | | |
| Edge Molding | | | | | | | |
| Cove Base | | | | | | | |
| Glue Down | | | | | | | |
| Stairs/Risers ✓ | ✗ | | | $1500.00 | Treads, risers, stringers, hand rail & ballusters R&R | | |
| Leveling | | | | | | | |
| Door Cut | | | | | | | |
| Pocket Door Cut | | | | | | | |
| Paint, drywall, misc. | | | | | | | |
| Bathroom/Toilet | | | | | | | |
| Misc./Other | | | | | | | |
| TOTALS | | | | $2,695.17 | | | |

+1500.00 if stairs

Installation for Laminate Floor