EDWARD A. PROCTOR
40 SUSSEX RD.
HUDSON, OHIO 44236
(216)789-8400
PRO-SE



August 26, 2018

Clerk of Court
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Diane Flannery, Esq.
McGuireWoods, LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
*Attorney for Lumber Liquidators, Inc.*

Steven Toll, Esq.
Cohen, Milstein, Sellers & Toll, PLLC
1100 New York Ave, NW
Suite 500 – West Tower
Washington DC, 20005
*Attorney for Formaldehyde*

Alexander Robertson, IV, Esq.
Robertson & Associates, LLP
32121 Lindero Canyon Rd., Suite 200
Westlake Village, CA 91361
*Attorney for Durability*

In Re: *Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 1:15-md-02627; and In Re: Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation, MDL No. 1:16-md-2743*

Dear Clerk:

Please file the enclosed letter and attachments in the above referenced matters.

Best Regards,

Edward Proctor.

EDWARD A. PROCTOR
40 SUSSEX RD.
HUDSON, OHIO 44236
(216)789-8400

PRO-SE OBJECTION

August 26, 2018

| | |
|---|---|
| Clerk of Court<br>United States District Court<br>Eastern District of Virginia<br>401 Courthouse Square<br>Alexandria, VA 22314 | Diane Flannery, Esq.<br>McGuireWoods, LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219<br>*Attorney for Lumber Liquidators, Inc.* |
| Steven Toll, Esq.<br>Cohen, Milstein, Sellers & Toll, PLLC<br>1100 New York Ave, NW<br>Suite 500 – West Tower<br>Washington DC, 20005<br>*Attorney for Formaldehyde* | Alexander Robertson, IV, Esq.<br>Robertson & Associates, LLP<br>32121 Lindero Canyon Rd., Suite 200<br>Westlake Village, CA 91361<br>*Attorney for Durability* |

In Re: *Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 1:15-md-02627; and In Re: Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation, MDL No. 1:16-md-2743*

Dear Clerk and counsels :

Please be advised that I am a class member in the above referenced matter a/k/a CARB2/Durability settlement class. My claim Number is LLA1271803, and my proof of purchase is attached. Stated simply, I object to the proposed settlement terms for my class ("Settlement"). The basis for my objection is as stated below.

The proposed Settlement has an alleged value of $36,000,000 ("$36M"). Of the 36M, the cash portion of the settlement is only $22,000,000 ("22M"), the remaining $14,000,000 ("14M") in alleged value consists of a coupon or voucher program. The Fee Petition seeks $11.957 M in fees and expenses consisting of $11.16M in cash fees, and $797,000 in cash expenses. Accordingly, the fee petition seeks 33.21% of the gross settlement. This is problematic because of the cash/voucher arrangement.

In this regard, the fee petition, including expenses actually seeks 54.4% of the cash. In addition, the settlement contemplates another $1,210,000 or 5.5% of the cash for class administration for a total of $13.167M in fees and expenses. That constitutes a whopping 59.8% of the 22M in cash available to Class Members. I believe the fee petition as it relates to available cash

to be excessive and unjustified. I believe the fee in this matter should be 1/3 of the cash, or about $7M.

Alternatively, as an upper limit, counsel should receive no more than 40% of the cash, or $8.8M, which constitutes about 25% of the entire fund. It is not the fault of class members that class counsel settled on their behalf partially in vouchers, which happen to be subject to alternative treatment under the Class Action Fairness Act. Accordingly, they should not be entitled to a full percentage of the voucher portion of the settlement and should been within my proposed 40% of total cash.

Further, in accordance with the required notice, I will not be attending the fairness hearing October 3, 2018. Finally, I never been an objector in any class action.

Best Regards,

Edward A. Proctor



Lumber Liquidators, Inc.
Cleveland, OH 1028
540 Old Brookpark Road
CLEVELAND OH 44109

Phone: (216) 661-2100
Fax: (216) 661-6260
Email: Store028@lumberliquidators.com

Aug 24, 2018   1:42:07 PM

# Invoice

## Sold-To Party
ED PROCTOR
40 SUSSEX ROAD
HUDSON OH 44236
Phone: (216) 789-8400
Mobile: (330) 650-1729
  eproctor@thinkgk.com

## Information
| | |
|---|---|
| Sales Order No | 122760930 |
| Document Date | 12/31/2013 |
| Customer No. | 4420593 |
| Currency | USD |
| Contact Person | |

## Ship-To Party
ED PROCTOR
40 SUSSEX ROAD
HUDSON OH 44236
Phone: (216) 789-8400
Mobile: (330) 650-1729
  eproctor@thinkgk.com

## Order Comments

| PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10023865/12VR-S/1028/10/12-31-2013 | 1,009.80 | 0.00 | 1,009.80 FT2 | 1.99 USD | 2,009.50 USD |
| STJ Vintner's Reserve 12mm with pad | | | | | |
| | | | Discount Applied: | | -200.95 USD |
| | | | Adjusted Price: | | 1,808.55 USD |

30 Year Warranty

Follow manufacturer's instructions for use of a moisture barrier. When exposed to UV sunlight or heat exposure color fading / darkening can occur not considered a defect. There's a 5% allowance established for waste created as a result of the installation Refer to product warranty for details. This item is subject to CARB regulations in the state of California.

| PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10014659/A12VRSN/1028/20/12-31-2013 | 52.50 | 0.00 | 52.50 FT | 3.69 USD | 193.73 USD |
| LAM Vintners Reserve 7.5' SN | | | | | |
| 10005549/A12VRTM/1028/30/12-31-2013 | 15.00 | 0.00 | 15.00 FT | 3.49 USD | 52.35 USD |
| LAM Vintners Reserve 7.5' TM | | | | | |
| 10010700/A12VRQR/1028/40/12-31-2013 | 180.00 | 0.00 | 180.00 FT | 0.99 USD | 178.20 USD |
| LAM Vintners Reserve 7.5' QR | | | | | |
| 10021391/ECO905-CTRG/1028/50/12-31-20 | 11.00 | 0.00 | 11.00 EA | 5.99 USD | 65.89 USD |
| Mapei Urethane Adhesive 10.1 oz Ctrg | | | | | |
| SPECIALPRICE/SPECIALPRICE/1028/60/12 | 0.00 | 0.00 | 0.00 ZLD | 0.00 USD | 0.00 USD |



Lumber Liquidators, Inc.
Cleveland, OH 1028
540 Old Brookpark Road
CLEVELAND OH 44109

Phone: (216) 661-2100
Fax: (216) 661-6260
Email: Store028@lumberliquidators.com

Aug 24, 2018    1:42:07 PM

# Invoice

Sales Order No: 122760930

| PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Special Price | | | | | |
| This item is being sold at a special price. To retain this price this product must be picked up or shipped no later than the close of business Friday August 31. | | | | | |
| _____ (customer initials) | | | | | |
| FREIGHT/FREIGHT/1028/70/12-31-2013 | 1.00 | 0.00 | 1.00 ZLD | 50.00 USD | 50.00 USD |
| FREIGHT | | | | | |
| FREIGHT: STORE-TO-CUSTOMER SHIPMENTS TO SMALL PARCEL AND LTL FREIGHT SHIPMENTS ONLY | | | | | |

| PAYMENTS | | AMOUNT |
|---|---|---|
| Master Card | XXXXXXXXXXXXXXXX3214 | 2,543.09 USD |
| Authorized: | 12/31/2013 08:39:18 | |
| Auth #: | H28310 | |

| REFUNDS | | AMOUNT |
|---|---|---|
| Master Card | Card-not-on-file-321 | - 6.46 USD |
| Authorized: | 12/31/2013 08:43:18 | |

|  |  |
|---|---|
| Items Total: | 2,348.72 USD |
| Subtotal: | 2,348.72 USD |
| Tax: | 187.91 USD |
| Order Total: | 2,536.63 USD |
| Payments: | 2,536.63 USD |
| Balance Due: | 0.00 USD |

For a copy of your applicable limited warranty; our returns/exchanges and refunds policy; and other terms of sale, please inquire at our store; visit www.lumberliquidators.com, or call Customer Care at (800)366-4204.