Melvin and Sheila Coates
2012 19th Avenue Circle North East
Hickory, NC 28601
(H) 828.327.7832
(C) 828.234.2989
melcoates@charter.net
Claim number: LLA1650943




August 31.2018

*Re: Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 1:15-md-02627; or In Re: Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation, MDL No. 1:16-md-2743*

Clerk of Court
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Clerk of Court Representative,

I, Melvin I. Coates and Sheila M. Coates are class members in the CARB2/Durability settlement class, according to the records of Lumber Liquidators and confirmed by our purchase records.

This is our written notice of intent to object is to the suggested settlement by Lumber Liquidators as requested regarding a Court Ordered Notice (Class Action Notice) regarding the Chinese-made laminate flooring from Lumber Liquidators ("Class Flooring") between 1/1/2011 and 5/31/2015.

The right to object in writing if referenced on the web site noted below:
http://www.laminatesettlement.com/frequently-asked-questions.html#16

Note that we have included all required information **(see bolded text responses below and attached supporting documents)** and mailed letters to the four (4) required locations noted on the website; all mailings meet the required postmarked deadline of Tuesday, September 4, 2018.

## OBJECT TO THE SETTLEMENT

16. How do I object to the Settlement?

If you are a Class Member and disagree with any aspect of the Settlement which applies to you, you may object to the Settlement. You may express your views to the Court by **writing a notice of intent to object to the Court, Class Counsel, and Defendant's counsel at the addresses below**. Your written notice of intent to object must be mailed via first class mail and include:

- A caption that includes the case name and the case number as follows: In Re: Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 1:15-md-02627; or In Re: Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation, MDL No. 1:16-md-2743; or both

- Your name, mailing address, and email address;
  **(info supplied at beginning of this letter of intent)**

- A written letter or **brief detailing the specific basis for each objection**, including any legal and factual support the objector wishes to bring to the Court's attention and any **evidence** the objector wishes to introduce in support of the objection, addressed to the United States District Court for the Eastern District of Virginia not later than September 4, 2018.

**We do not agree to the settlement and request the court's consideration for what we consider a fair and reasonable settlement which includes a complete replacement of all our flooring that is now considered to be a potential health hazard. We purchased this product in good faith and believe a fair settlement should include the monetary expenses for removal, safe disposal, installation labor cost to install, and the cost of a suitable replacement product of our choice. These are our views presented to court for careful consideration.**

1) **We have approximately 1330 sq ft this Chinese made laminate flooring installed (pictures attached) in three bedrooms, hallway, Kitchen and living room. substantially unfair in based on the actual amount of moneys we paid for hazardous flooring sold to us that poses a possible health hazard to us and our family,**

2) **this proposed settlement does not compensate us for the <u>installation</u> of our over 95% of the main level of our family home.**

- A valid proof of purchase of Chinese-manufactured laminate flooring sold by Lumber Liquidators or a reasonable equivalent;

**Purchase Receipts and Pictures have been attached as part of this letter of intent.**

- The number of class action settlements objected to by the Class member in the last three years;

**We are objecting to this ONE (1) Class action settlement; in the last three (3) years.**

- A statement as to whether the objecting Class member intends to appear at the Final Approval and Fairness Hearing, either in person or through counsel; and

**We do not intend to appear at the Final Approval and Fairness Hearing, however it is our wish that the court appointed firms represent our efforts for a far better and fair settlements.**

- Your signature and, if applicable, the signature of the attorney representing you.

**Our signatures authorizing and confirm all information contained in this written notice is located at the end of this letter; prior to the related documents.**

If the objection is made through an attorney, the written objection must also include additional information. Please see the Settlement Agreement by clicking here for additional information.

Any comment or objection to the Settlement must be postmarked or personally delivered no later than September 4, 2018 to these four addresses:

**This written letter of intent and related documentation is being mailed to the address below (as required) postmarked prior to the deadline date of Sept. 4, 2018:**

| COURT<br>Clerk of Court<br>United States District Court for the Eastern District of Virginia<br>401 Courthouse Square<br>Alexandria, VA 22314 | Defendant Lumber Liquidators, Inc. Lead Counsel:<br>Diane P. Flannery, Esq.<br>McGuireWoods LLP<br>Gateway Plaza, 800 East Canal Street<br>Richmond, VA 23219 |
|---|---|
| Formaldehyde Plaintiffs' Co-Lead Counsel:<br>Steven Toll, Esq.<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Ave, NW<br>Suite 500 – West Tower<br>Washington, DC 20005 | Durability Plaintiffs' Co-Lead Counsel:<br>Alexander Robertson, IV, Esq.<br>Robertson & Associates, LLP<br>32121 Lindero Canyon Rd, Suite 200<br>Westlake Village, CA 91361 |

Respectfully,

_[signature]_ and _[signature]_ 9/1/2018

Melvin I. Coates            Sheila M. Coates





Hickory NC 1261  
527 US Highway 70 SW  
Hickory, NC 28602

Phone: 8284493282  
Fax: 8284993284  
Email: Store261@lumberliquidators.com

05/28/2012 10:40:10 AM

# Sales Quotation

## Sold-To-Party

MELVIN AND SHELIA COATES  
2012 19TH AVE CIRCLE NE  
HICKORY, NC 28601  
8283277832  
micoates@embarqmail.com

## Information

| | |
|---|---|
| Sales Order No | 700206349 |
| Document Date | 05/28/2012 |
| Customer No. | 3288224 |
| Currency | USD |
| Contact Person | Timothy Bargeloh |
| Validity Start Date | 05/28/2012 |
| Validity End Date | 05/31/2012 |

## Ship-To-Party

MELVIN AND SHELIA COATES  
2012 19TH AVE CIRCLE NE  
HICKORY, NC 28601  
8283277832  
micoates@embarqmail.com

## Header Information

Purchase Order No: 700206349  
Gross Weight: 699.468 LB  
Purchase Order Date: 00000000  
Net Weight: 699.468 LB

| ITEM | PRODUCT | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| 10 | 10014950/12SS/1261<br>ISP Sloane Street Teak 12mm.<br>30 Year Wa | 275.80 FT2 | 2.99 USD | 824.64<br>797.06 |
| 20 | 10020325/A12SSQR/1261<br>LAM Sloane Street Teak 7.5' QR | 97.50 FT | 0.85 USD | 82.88 |
| 30 | 10020324/A12SSEC/1261<br>LAM Sloane Street Teak 7.5' EC | 15.00 FT | 2.79 USD | 41.85 |
| 40 | 10020321/A12SSTM/1261<br>LAM Sloane Street Teak 7.5' TM | 15.00 FT | 2.79 USD | 41.85 |
| | Items Total: | | | 991.22 |
| | Tax: | | | 69.39 |
| | Final Amount: | | | 1,060.61 |

$ 1031.10



1 OF 6



Hickory NC 1261  
527 US Highway 70 SW  
Hickory, NC 28602  

Phone: 8284493282  
Fax: 8284993284  
Email: Store261@lumberliquidators.com

# Sales Quotation

## Sold-To-Party
MELVIN AND SHELIA COATES  
2012 19TH AVE CIRCLE NE  
HICKORY, NC 28601  
8283277832  
micoates@embarqmail.com

## Information
| | |
|---|---|
| Sales Order No | 700206345 |
| Document Date | 05/28/2012 |
| Customer No. | 3288224 |
| Currency | USD |
| Contact Person | Timothy Bargeloh |
| Validity Start Date | 05/28/2012 |
| Validity End Date | 05/31/2012 |

## Ship-To-Party
MELVIN AND SHELIA COATES  
2012 19TH AVE CIRCLE NE  
HICKORY, NC 28601  
8283277832  
micoates@embarqmail.com

## Header Information
Purchase Order No: 700206345  
Gross Weight: 1241.850 LB  
Purchase Order Date: 00000000  
Net Weight: 1241.850 LB

| ITEM | PRODUCT | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| 10 | 10014950/12SS/1261<br>ISP Sloane Street Teak 12mm.<br>30 Year Wa | 492.50 FT2 | 2.89 USD | 1,423.33 |
| 20 | 10020325/A12SSQR/1261<br>LAM Sloane Street Teak 7.5' QR | 165.00 FT | 0.85 USD | 140.25 |
| 30 | 10020324/A12SSEC/1261<br>LAM Sloane Street Teak 7.5' EC | 15.00 FT | 2.79 USD | 41.85 |
| 40 | 10020321/A12SSTM/1261<br>LAM Sloane Street Teak 7.5' TM | 7.50 FT | 2.79 USD | 20.93 |

Items Total: 1,626.36  
Tax: 113.85  
Final Amount: 1,740.21

**Hickory NC 1261**
527 US Highway 70 SW
HICKORY NC  28602

Phone: (828) 449-3282
Fax:  (828) 499-3284
Email: Store261@lumberliquidators.com

Jun 7, 2012   17:29:07

# Invoice

## Bill-To-Party
MELVIN AND SHELIA COATES
2012 19TH AVE CIRCLE NE
HICKORY NC  28601
(828) 327-7832
micoates@embarqmail.com

## Information
Sales Order No   120441726
Document Date    05/28/2012
Customer No.     3288224
Currency         USD
Contact Person

## Ship-To-Party
MELVIN AND SHELIA COATES
HICKORY NC  28601
2012 19TH AVE CIRCLE NE
(828) 327-7832
micoates@embarqmail.com

## Order Comments

| ITEM | PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 10014950/12SS/1261<br>ISP Sloane Street Teak 12mm<br>30 Year Warranty | 610.70 | 610.70 | 0.00 FT2 | 2.89 USD | 1,764.92 USD |
|  | Subject to CARB regulation in the state of California.<br>A moisture barrier must be laid prior to installation. | | | | | |
| 30 | 10020324/A12SSEC/1261<br>LAM Sloane Street Teak 7.5' EC | 22.50 | 22.50 | 0.00 FT | 2.79 USD | 62.78 USD |
| 50 | 10009104/SM/1261<br>White PFJ 9/16" x 3/4" x 8' SM<br>FINGER JOINTED PINE PAINTED WHITE | 168.00 | 168.00 | 0.00 FT | 0.39 USD | 65.52 USD |
| 60 | 10012218/LAMK/1261<br>LAM Dream Home Installation Kit | 1.00 | 1.00 | 0.00 EA | 15.00 USD | 15.00 USD |
| 70 | 10023343/BELLAWFMK/1261<br>Bellawood Floor Care Kit | 1.00 | 1.00 | 0.00 EA | 25.00 USD | 25.00 USD |
| 80 | 10023333/MULTITOOL/1261<br>1.8 A Variable Speed Multi Tool | 1.00 | 1.00 | 0.00 EA | 44.99 USD | 44.99 USD |

Items Total: 1,978.21 USD
Tax: 139.95 USD
Final Amount: 2,118.16 USD
Down Payment Total: 2,116.70 USD
Balance Due: 1.46 USD

3 of 6



Hickory NC 1261  
571 US Highway 70 SW  
HICKORY NC 28602  

Phone: (828) 449-3282  
Fax: (828) 449-3284  
Email: Store261@lumberliquidators.com  

May 16, 2014 17:16:40

# Invoice

## Bill-To-Party

MELVIN AND SHELIA COATES  
2012 19TH AVE CIRCLE NE  
HICKORY NC 28601  
(828) 327-7832  
micoates@embarqmail.com  

## Ship-To-Party

MELVIN AND SHELIA COATES  
HICKORY NC 28601  
2012 19TH AVE CIRCLE NE  
(828) 327-7832  
micoates@embarqmail.com  

## Information

Sales Order No: 123408242  
Document Date: 05/15/2014  
Customer No.: 3288224  
Currency: USD  
Contact Person:  

## Order Comments

| ITEM | PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 10029718/12SS-OP/1261<br>ISP Sloane Street Teak 12mm<br>30 Year Warranty | 454.71 | 454.71 | 0.00 FT2 | 2.39 USD | 1,086.76 USD |

Follow manufacturer's instructions for use of a moisture barrier. When exposed to UV sunlight or heat exposure color fading / darkening can occur not considered a defect. There's a 5% allowance established for waste created as a result of the installation process. Expect slight variations from samples to installed flooring. Pull from multiple boxes when installing to mix patterns. Refer to product warranty for details.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | 10020321/A12SSTM/1261<br>LAM Sloane Street Teak 7.5' TM | 15.00 | 15.00 | 0.00 FT | 3.49 USD | 52.35 USD |
| 30 | 10029718/12SS-OP/1261<br>ISP Sloane Street Teak 12mm<br>30 Year Warranty | 98.85 | 98.85 | 0.00 FT2 | 2.39 USD | 236.25 USD |

Follow manufacturer's instructions for use of a moisture barrier. When exposed to UV sunlight or heat exposure color fading / darkening can occur not considered a defect. There's a 5% allowance established for waste created as a result of the installation process. Expect slight variations from samples to installed flooring. Pull from multiple boxes when installing to mix patterns. Refer to product warranty for details.

4 of 6



Hickory NC 1261  
571 US Highway 70 SW  
HICKORY NC 28602

Phone: (828) 449-3282  
Fax: (828) 449-3284  
Email: Store261@lumberliquidators.com

May 16, 2014  17:16:40

# Invoice

Sales Order No: 123408242

| ITEM | PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Items Total: | 1,375.36 USD |
| Tax: | 96.28 USD |
| Final Amount: | 1,471.64 USD |
| Down Payment Total: | 1,471.64 USD |
| Balance Due: | 0.00 USD |



Hickory NC 1261
571 US Highway 70 SW
HICKORY NC 28602

Phone: (828) 449-3282
Fax: (828) 449-3284
Email: Store261@lumberliquidators.com

Page 1 of 1
May 16, 2014   17:13:56

# Credit Invoice

### BIll-To-Party
MELVIN AND SHELIA COATES
2012 19TH AVE CIRCLE NE
HICKORY NC  28601
(828) 327-7832
micoates@embarqmail.com

### Ship-To-Party
MELVIN AND SHELIA COATES
HICKORY NC  28601
2012 19TH AVE CIRCLE NE
(828) 327-7832
micoates@embarqmail.com

### Information
| | |
|---|---|
| Sales Order No | 0300680627 |
| Document Date | 05/16/2014 |
| Currency | USD |
| Customer No. | 0003288224 |
| Contact Person | |
| Ref Order Num. | 0123318750 |

| ITEM | PRODUCT | CREDIT/ RET QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 10 | 10022372/10MR/1261<br>NVP Madison River Elm 10MM | 459.19 | 1.49 USD | 684.19 USD |

Follow manufacturer's instructions for use of a moisture barrier. When exposed to UV sunlight or heat exposure color fading / darkening can occur not considered a defect. There's a 5% allowance established for waste created as a result of the installation Refer to product warranty for details. This item is subject to CARB regulations in the state of California.

|  |  |
|---|---|
| Items Total: | 684.19 USD |
| Tax: | 47.89 USD |
| Total Refund Amount: | 732.08 USD |

6 of 6