

226 Bersano Lane
Los Gatos, CA 95030

August 25, 2018

Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation
Case No. 1:15-md-02627
and
Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing And Sales Practices Litigation
Case No. 1:16-md-02743 (AJT/TRJ)

United States District Court for Eastern District of Virginia Alexandria Division

Clerk of Court

United States District Court for the Eastern District of Virginia

401 Courthouse Square

Alexandria, VA 22314

I object:
The reason why I'm objecting is for two reasons:
- the first reason is because I got lung cancer as a result of the outgassing of formeldyhyde flooring
- It is extremely hard to choose to EITHER get the cash settlement or the store credit when the figures are so uninformative. I was told that if I choose the cash option I can get reimbursed at 28%-72% or the store credit is from 50%-134%. What does that all mean? Can I get a better estimate than having such large differences?

I have not been a party nor objected to any class action settlements/lawsuits. And I do not intend on attending the hearing.

Enclosed is a copy of my receipt at Lumbar Liquidators that shows my purchase. I also enclosed a copy of my Lumbar Liquidators Claim Form. However, I am unsure of what to select (either the store credit or the cash reimbursement) because of the reasons stated above. I also do not want the store credit selection to be automatically selected if no other selection is made.

Sincerely,

Janet Goetz
jgag12345@gmail.com



SAN JOSE CA 1091  
1575 Terminal Avenue  
San Jose, CA 95112

Phone: 4084636300  
Fax: 4084636302  
Email: Store091@lumberliquidators.com

Page 1 of 2  
Mar 10, 2015  5:54:32 PM

# Invoice

## Bill-To-Party
JANET GOETZ  
226 BERSAND LN  
LOS GATOS, CA 95030  
4083703703  
jgag12345@gmail.com

## Ship-To-Party
JANET GOETZ  
226 BERSAND LN  
LOS GATOS, CA 95030  
4083703703  
jgag12345@gmail.com

## Information
Sales Order No: 101496813  
Document Date: 12/16/2011  
Customer No: 2955766  
Currency: USD  
Contact Person:

## Order Comments

| ITEM | PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 10001379/12GT/1091<br>KM Golden Teak 12mm<br>30 Year Warranty | 378.18 | 0.00 | 378.18 FT2 | 1.99 USD | 752.58 |

Follow manufacturer's instructions for use of a moisture barrier. When exposed to UV sunlight or heat exposure color fading / darkening can occur not considered a defect. There's a 5% allowance established for waste created as a result of the installation Refer to product warranty for details. This item is subject to CARB regulations in the state of California.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | 10003190/A12GTEC/1091<br>LAM Golden Teak 7.5' EC | 22.50 | 0.00 | 22.50 FT | 3.29 USD | 74.03 |
| 30 | 10010113/A12GTRED/1091<br>LAM Golden Teak 7.5' RED | 7.50 | 0.00 | 7.50 FT | 3.29 USD | 24.68 |

|  |  |
|---|---|
| Items Total: | 851.29 |
| Tax: | 70.23 |
| Final Amount: | 921.52 |
| Down Payment Total: | 921.52 |

VISA XXXXXXXXXXXXXXXX8147 921.52 USD

AUTH NO: 01857C

Name: JANET GOETZ

Signature _____

I agree to the terms and conditions of this invoice and to pay the total amount of the charges listed above.

# LUMBER LIQUIDATORS CLAIM FORM

CLAIM NUMBER: LLA1392355


LLA1392355

JANET GOETZ
226 BERSAND LN
LOS GATOS CA 95030

Please read the notice carefully. You may be entitled to claim a Store-credit Voucher or a cash award. Details are provided on the attached notice—please refer to the "What Does the Settlement Provide" section.

☐ Voucher for Store Credit       **OR**       ☐ Cash Reimbursement

I declare under penalty of perjury that (1) I purchased Chinese-made laminate flooring from Lumber Liquidators between January 1, 2011 and May 31, 2015 and (2) the information on this Claim Form is true and correct.

_____          9/25/18
       Signature                        Date

**Am I a Class Member?** According to the records of Lumber Liquidators, you are a class member in the **CARB2/Durability** settlement class. This means you purchased Class Flooring between January 1, 2011 and May 31, 2015.

**What Does the Settlement Provide?** The settlement will provide eligible CARB2/Durability class members a portion of their purchase price back in either (a) cash or (b) a voucher that can be used at Lumber Liquidators. The vouchers are transferrable among family members as described at www.LaminateSettlement.com. Eligible class members who file an Approved Claim may choose the cash award or the voucher, but not both. *If you fail to make a selection or select both, you will receive a voucher.* The total value of the settlement is $36,000,000, consisting of $22,000,000 in cash and $14,000,000 in vouchers. In addition to repaying class members, the cash portion will be used to pay attorneys' fees, costs, expenses, *and incentive awards.*

The awards will be allocated on a pro rata basis. This means that the final amount each participant receives is unknown until all Settlement Class Members have decided if they will participate and select cash or a voucher as their benefit. Based upon past settlement data, CARB2/Durability Class Members selecting the cash award could receive about 20%-56% of the purchase price of their flooring—this benefit does not include the cost of installation. Class members selecting a voucher can expect 38%-104% of their purchase price.