From: Gerard Dotti
117 Doelling Court
Greenville Sc 29609
Email: grd456@gmail.com
Cell: 828 243 8786



To:

| COURT | Defendant Lumber Liquidators, Inc. |
|---|---|
| Clerk of Court | Lead Counsel: |
| United States District Court for the Eastern District of Virginia | Diane P. Flannery, Esq. |
| | McGuireWoods LLP |
| 401 Courthouse Square | Gateway Plaza, 800 East Canal Street |
| Alexandria, VA 22314 | Richmond, VA 23219 |
| Formaldehyde Plaintiffs' Co-Lead Counsel: | Durability Plaintiffs' Co-Lead Counsel: |
| Steven Toll, Esq. | Alexander Robertson, IV, Esq. |
| Cohen Milstein Sellers & Toll PLLC | Robertson & Associates, LLP |
| 1100 New York Ave, NW | 32121 Lindero Canyon Rd, Suite 200 |
| Suite 500 – West Tower | Westlake Village, CA 91361 |
| Washington, DC 20005 | |

Tuesday September 4, 2018

IN RE: *Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1:15-md-02627;

IN RE: *Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation*, MDL No. 1:16-md-2743;

A. I, Gerard Dotti, object to the settlement classifications into the two categories CARB1 and CARB2 and the compensation offered for each of those categories. They do not represent the true financial cost of replacing the flooring when the levels of formaldehyde is a risk to health.

B. I, Gerard Dotti, object to my classification into the CARB1 category. I did buy laminate flooring from Lumber Liquidator during the period that correspond to the category CARB1, but after testing my flooring I found a level of formaldehyde (HCHO) above 0.52 milligrammes per meter cubed or 0.42 parts per million which is much higher than the 0.21 part per million limit tolerated by the CARB1 category (see attached documentation).

C. I, Gerard Dotti, object to my settlement compensation amount. The high level of formaldehyde have caused me health problems. Therefore I must remove the flooring to replace it with an healthier product. I am asking Lumber Liquidator to take responsibility for their failure to provide a product within an acceptable range of level of formaldehyde, and therefore I am asking Lumber Liquidator to provide me with a voucher at least equivalent to the price of the flooring I paid them. I still have almost half of the boxes unopened and I could return them to Lumber Liquidator.

D. I, Gerard Dotti, certify that I have never participated in my whole life in a class action settlement. I do not intend to appear at the Final Approval and Fairness Hearing, unless I realized that it becomes necessary in order to best defend my interests.

Gerard R. Dotti

Gerard Dothi
117 Doelling Court
Greenville
SC 29609



2018/09/01   19:56

Data List

PM2.5:  2      ug/m³
PM1.0:  0      ug/m³
PM10:   0      ug/m³
HCHO:   0.549  mg/m³
TVOC:   0.862  mg/m³
TEMP:   74.5   °F
HUM:    56     %

AQI: Excellent



**GREENVILLE, SC 093**
**3005 KEMET WAY**
**SIMPSONVILLE, SC 29681**
**864-881-6620**

# Invoice Reprint

| INVOICE # | 93024741 |
|---|---|
| LOCATION | 093 |
| DATE | 04/25/10 |
| PAGE | 1 OF 2 |

**BILL TO**
2428704
GERARD DOTTI
117 DWELLING CT.
GREENVILLE, SC 29609
828-243-8786

**SHIP TO**
GERARD DOTTI
117 DWELLING CT.
GREENVILLE, SC 29609

| ORDER DATE | ORDER NO. | SALES REP | CUSTOMER P/O NUMBER | PAYMENT TERMS |
|---|---|---|---|---|
| 04/25/10 | 9318597- | LB1 / | | CASH |
| JOB NUMBER | WRITTEN BY | CONTACT | | SHIP VIA |
| | LB1 | GERARD DOTTI | | CUSTOMER PICK-UP |

| PRODUCT / DESCRIPTION | QUANTITY OPEN | QUANTITY SHIPPED | QUANTITY BACKORDERED | PRICE | U/M | EXTENSION |
|---|---|---|---|---|---|---|
| 12AM<br>12MM AFRICAN MAHOGANY W/FOAM<br>ST JAMES COLLECTION<br>Subject to CARB regulation in<br>THE STATE OF CALIFORNIA | 1313.78 | 0 | 1313.78 | 1.89 | SFT | 0.00 |
| POL<br>300 SQUARE FEET PER ROLL | 5 | 5 | 0 | 18.00 | RL | 90.00 |

```
**** XXXXXXXXXXXXXXXX####     2727.42
EXP XX/XX
AUTH NO ****      AVS
TRAN TYPE PRE-AUTHORIZATION
NAME:
SIGNATURE X_____
I AGREE TO PAY ABOVE TOTAL AMOUNT OF
EACH CHARGE LISTED ACCORDING TO CARD
ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
```

Continued



**LUMBER LIQUIDATORS**
HARDWOOD FLOORS FOR LESS!
www.lumberliquidators.com
1-800-HARDWOOD

GREENVILLE, SC 093
3005 KEMET WAY
SIMPSONVILLE, SC 29681
864-881-6620

# Invoice Reprint

| INVOICE # | 93024741 |
|---|---|
| LOCATION | 093 |
| DATE | 04/25/10 |
| PAGE | 2 OF 2 |

**BILL TO**
2428704
GERARD DOTTI
117 DWELLING CT.
GREENVILLE, SC 29609
828-243-8786

**SHIP TO**
GERARD DOTTI
117 DWELLING CT.
GREENVILLE, SC 29609

| ORDER DATE | ORDER NO. | SALES REP | CUSTOMER P/O NUMBER | PAYMENT TERMS |
|---|---|---|---|---|
| 04/25/10 | 9318597- | LB1 / | | CASH |
| JOB NUMBER | WRITTEN BY | CONTACT | | SHIP VIA |
| | LB1 | GERARD DOTTI | | CUSTOMER PICK-UP |

| PRODUCT / DESCRIPTION | QUANTITY OPEN | QUANTITY SHIPPED | QUANTITY BACKORDERED | PRICE | U/M | EXTENSION |
|---|---|---|---|---|---|---|

**Lumber Liquidators is committed to your satisfaction!**

**Measurement and Quantity:** Flooring is sold by the box/bundle. The actual square footage may differ when rounded to the nearest box/bundle size. The purchaser/installer is responsible for all measurement quantities. The purchaser will be charge for the actual footage shipped. Lumber Liquidators, Inc. accepts no responsibility or liability for measurement errors.

**Delivery and Lead Times:** All delivery dates are estimates. We cannot guarantee specific deadlines. We recommend you do not book installation until you receive your product.

**Inspection:** Claims for shortages or damages must be made upon receipt. The purchaser/installer is responsible for final inspection as to grade, color, finish, defects, and other product quality issues. Do not install defective product. Use constitutes acceptance. Lumber Liquidators, Inc. accepts no responsibility or liability for installer error or negligence.

**Installation:** Allow flooring to acclimate in the installation area for 3-7 days. Prior to installation, the purchaser/installer is solely responsible for determining the acceptability of the moisture levels in both the product and the subfloor. We recommend using a licensed, professional wood flooring installer. Installation must be performed in accordance with the National Wood Flooring Association (NWFA) guidelines.

**Installation Assistance / Additional Questions or Concerns:**
General installation instructions may be found at www.lumberliquidators.com or by calling LLI Customer Care at (800)366-4204. You may also call with any additional questions, comments or concerns regarding your purchase.

**Exchanges:** _____ (initial here) Exchanges are permitted for product of equal or greater value within 30 days of receipt without a restocking fee. Defective product may be exchanged prior to installation, within 90 days of receipt. Close-out, odd lots, clearance items and laminates are excluded. Product must be in the original condition and have been properly stored. Installed flooring is considered the property of the purchaser and may not be exchanged or returned for any reason. Any additional shipping costs associated with exchanges are the sole responsibility of the purchaser.

**Returns:** _____ (initial here) Returns of opened boxes, close-outs, odd lots, clearance items and laminates are not permitted. Special orders are not returnable unless defective. Shipping and delivery charges are non-refundable. Requests for returns must be submitted within 30 days of receipt. Product must be in its original condition and have been properly stored. Installed flooring is considered the property of the owner/installer and may not be exchanged or returned for any reason. Approved returns are subject to a 20% restocking fee. Any additional shipping costs associated with exchanges or returns are the sole responsibility of the purchaser.

**Warranty:** Only for products sold with a manufacturer's warranty. ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, ARE DISCLAIMED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. The sole remedy for manufacturer's defect is replacement product. Lumber Liquidators, Inc. is not responsible for any indirect, incidental or consequential damages arising from or relating to its sale of any products. Under no circumstances shall any liability of Lumber Liquidators, Inc arising out of or relating to the transaction set forth in this invoice exceed the total cost of the products included in the invoice and paid for by the purchaser.

For broader comments concerning our service, you may email the Office of the Chairman, Tom Sullivan, at chairman@lumberliquidators.com.

Special Invoice Reprint for Invoice 93024741

| MERCHANDISE TOTAL Shipping Totals | MISC. CHARGE | FREIGHT / DELIVERY | TAX | RESTOCKING CHARGE | DEPOSIT APPLIED | DEPOSIT AMOUNT | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 90.00 | 0.00 | 0.00 | 5.40 | 0.00 | 0.00 | 2,632.02 | 2,727.42 |
| MERCHANDISE TOTAL Estimated Order Totals | MISC. CHARGE | FREIGHT / DELIVERY | TAX | RESTOCKING CHARGE | DEPOSIT APPLIED | BALANCE DUE | ORDER TOTAL |
| 2,573.04 | 0.00 | 0.00 | 154.38 | 0.00 | 2,632.02 | 95.40 | 2,727.42 |