# LUMBER LIQUIDATORS CLAIM FORM
Claim Number: LLA1180243

CRAIG HATCHEL
538 COUNTY ROAD 153
WHITESBORO TX 76273-5049



LLA1180243

Please read the notice carefully. You may be entitled to claim a Store-credit Voucher or a cash award. Details are provided on the attached notice—please refer to the "What Does the Settlement Provide" section.

   ☐ Voucher for Store Credit     **OR**     ☒ Cash Reimbursement

I declare under penalty of perjury that (1) I purchased Chinese-made laminate flooring from Lumber Liquidators between January 1, 2011 and May 31, 2015 and (2) the information on this Claim Form is true and correct.

*Laura Hatchel*         9-3-18
Signature    SEE objections letter        Date

**Am I a Class Member?** According to the records of Lumber Liquidators, you are a class member in the **CARB2/Durability** settlement class. This means you purchased Class Flooring between January 1, 2011 and May 31, 2015.

**What Does the Settlement Provide?** The settlement will provide eligible CARB2/Durability class members a portion of their purchase price back in either (a) cash or (b) a voucher that can be used at Lumber Liquidators. The vouchers are transferrable among family members as described at www.LaminateSettlement.com. Eligible class members who file an Approved Claim may choose the cash award or the voucher, but not both. *If you fail to make a selection or select both, you will receive a voucher.* The total value of the settlement is $36,000,000, consisting of $22,000,000 in cash and $14,000,000 in vouchers. In addition to repaying class members, the cash portion will be used to pay attorneys' fees, costs, expenses, and incentive awards.

The awards will be allocated on a pro rata basis. This means that the final amount each participant receives is unknown until all Settlement Class Members have decided if they will participate and select cash or a voucher as their benefit. Based upon past settlement data, CARB2/Durability Class Members selecting the cash award could receive about 20%-56% of the purchase price of their flooring—this benefit does not include the cost of installation. Class members selecting a voucher can expect 38%-104% of their purchase price.

To the Court,

This is my intent to object to the court, class council and the defendants.

Re: Lumber Liquidators Chinese-Manufactured Flooring Marketing, Sales Practices and Product Liability Litigation, MDL No. 1:15-md-02627 and Lumber Liquidators Chinese-Manufactured Flooring Durability Marketing and Sales Practices Litigation, MDL No 1:16-md-2743

Laura Hatchel     LL claim LLA1180243
538 CR 153
Whitesboro, Texas 76273
940 390-2145
sky9294@aol.com

RECEIVED MAILROOM
SEP 10 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

When purchasing our floors, we were approached by a salesman to look at some wood flooring products not on the show room floor, but displayed in another closed off room. We specifically asked if any problems or defects were associated with this good deal of a selection and he assured us there was not.

We purchased enough wood for our entire house minus bathrooms and laundry room.
We have been exposed to this product for 6 years. 3 years of them acctualy knowing there was a safety concern with the flooring as I have found out since. Why not a recall or atleast let the Consumer decide for themselves no notices until this Class Action.
We have experienced some health concerns in the last 6 years. We have also buried 3 dogs and a cat. Dog #1 cancer & breathing issues (deceased) Dog #2 Leukemia - deceased. Dog #3 tumors (deceased) Cat tumors (deceased Dog #4 has environmental allergies
This dog #4 is our grand dog and spends atleast 4 overnight visits a week at our house as my daughter is a paramedic The dog #4 only displayed symptoms when in our home unless they developed into secondary infections. When I recieved the post card for classaction I did some research and bought a respected tester, as Lumber liquidators never supplied us one after several requests.

I began testing my home over several weeks. Even though they said after 6 years it would be disipated by now. After six years we were still getting unsafe level readings consitantly.

We removed the flooring immediatly after these results.

Since removal of the flooring we have consistantly been in the safe zone on the same testing meter used with the floors.

Enclosed are pictures of my pets and the readings of the test with and without the floors. These floors had a 30 year warranty and had to be ripped out for our safety. We've had remove and dispose off a product we thought would last us atleast that long. We have incurred medical bills and 1000's of dollars on vet bills. I pray every night & day we have not acquired anymore cancers or ill effects from this product. Only time will tell.

I am so disheartened that a company could show such disconcern for their customers.

A quote from Lumber Liquidators:

"Your life is lived on our floors and we take that to heart."

Apparently NOT

Thank you for hearing my complaints and concerns.

Sincerely, Laura Hatchel

*Laura Hatchel*
940 390-2145

I have No objections to any other class action

I do not plan on appearing in court

I do not have legal councel.

Enclosed is