Addendum    9-11-18

* LLA1180243

Re: Lumber Liquidators Chinese-Manufactured Flooring Marketing, Sales Practices and Product Liability Litigation, MDL NO 1:15-md-02627 and Lumber Liquidators Chinese-Manufactured Flooring Durability, Marketing and Sales Practices Litigation, MDL NO 1:16-md-2743

Addendum: This is an Addendum to the intent to object. Original letter was sent and postmarked on Sept 4, 2018. Enclosed are copies of the same with my signature.

CRAIG HATCHEL
940-390-2146
Craighatchel@aol.com

EMAILED copies on 9/13/2018 to Laminatesettlement@administratorclassaction.com

RECEIVED MAILROOM SEP 18 2018 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

# CLAIM FORM
## In re: Lumber Liquidators Chinese-Manufactured Laminate Flooring Litigation
In the United States District Court
for the Eastern District of Virginia
Case No. 1:15-md-02627 and Case No.1:16-md-02743

Your claim must be postmarked by: **OCTOBER 13, 2018**

LLA

## PART 1: CLAIMANT INFORMATION

Claim Number: LLA **1180243**

(*Your Claim Number is printed on the Postcard Notice you received by Mail or E-mail; if unavailable, leave blank*)

Claimant Name: **Craig** (First Name) **Hatchel** (Last Name)

Street Address: **538 CR 153**

City: **Whitesboro**  State: **Texas**  Zip Code: **76273**

Phone Number: (**940**) **390-2146**

Email Address: **Craighatchel@aol.com**

Settlement Class (Please choose **ONE** of the three options listed below, as well as the relevant Benefit Selection, if applicable):

[ ] 1) CARB1 (if you purchased Chinese-made laminate flooring from Lumber Liquidators between January 1, 2009 and December 31, 2010)

[✓] 2) CARB2/DURABILITY (if you purchased Chinese-made laminate flooring from Lumber Liquidators between January 1, 2011 and May 31, 2015)

*Settlement Benefit Selection if my claim is deemed to be eligible:*

[ ] Voucher for Store Credit  **OR**  [✓] Cash Reimbursement

[✓] 3) CARB1 & CARB2/DURABILITY
(if you purchased Chinese-made laminate flooring from Lumber Liquidators between January 1, 2009 and December 31, 2010 **and** between January 1, 2011 and May 31, 2015)

*Settlement Benefit Selection if my claim is deemed to be eligible:*

[ ] Voucher for Store Credit  **OR**  [✓] Cash Reimbursement

**PLUS**  [ ] CARB1 Benefit

## PART 2: SUPPORTING DOCUMENTATION

Supporting Documentation that shows your purchase(s) during the Time Period(s) of which you are claiming you purchased the Class Flooring is required. You must attach documentation (such as a receipt) to evidence your Class Purchase of Chinese-made Laminate Flooring.

## PART 3: SIGNATURE

I declare under penalty of perjury that:

(i) I purchased Chinese-made laminate flooring from Lumber Liquidators during the eligible date range as indicated by my selection above, and

(ii) all information I provided in this Claim Form and in the attached Supporting Documentation is true and correct.

Signature: _[signature]_  Date: 9 / 11 / 2018
                                  M M   D D   Y Y Y Y

Print Name: _____

If submitting by <u>mail</u>, mail your Claim Form and Supporting Documentation to:

Laminate Settlement
c/o Settlement Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

If submitting <u>online</u>, complete the electronic Claim Form available at: www.LaminateSettlement.com.

**BE SURE TO SIGN THE CLAIM FORM AND SUBMIT IT WITH YOUR SUPPORTING DOCUMENTATION TO THE SETTLEMENT ADMINISTRATOR POSTMARKED OR SUBMITTED ELECTRONICALLY NO LATER THAN <u>OCTOBER 13, 2018</u>.**

Lumber Liquidators Chinese Manufactured
Laminate Flooring Litigation
Settlement Administrator
1801 Market St, Ste 660
Philadelphia, PA 19103

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
MAG

Electronic Service
Requested

# COURT ORDERED NOTICE

## Class Action Notice

If you purchased Chinese-made laminate flooring from Lumber Liquidators ("Class Flooring") between 1/1/2011 and 5/31/2015, you may qualify to receive benefits from a class action settlement. Visit the Settlement website at www.LaminateSettlement.com to view the Long Form Notice and Important Court Documents for a detailed explanation of the Settlement.

LLA1180243

Postal Service: Please Do Not Mark Barcode

T1329 P2 499280
Claim Number: LLA1180243
Confirmation Code: 88111
CRAIG HATCHEL
538 COUNTY ROAD 153
WHITESBORO TX 76273-5049

To the Court.

This is my intent to object to the court, Class Councel and the defendants.

Re: Lumber Liquidators Chinese-Manufactured Flooring Marketing, Sales Practices and Product Liability Litigation, MDL No. 1:15-md-02627 and Lumber Liquidators Chinese-Manufactured Flooring Durability Marketing and Sales Practices Litigation, MDL No 1:16-md-2743

Laura Hatchel
538 CR 153
Whitesboro, Texas 76273
940 390-2145
Sky9294@aol.com

Craig Hatchel
538 CR 153
Whitesboro, TX 76273
940-390-2146
Craighatchel@aol.com

When purchasing our floors, we were approached by a salesman to look at some wood flooring products not on the show room floor, but displayed in another closed off room. We specifically asked if any problems or defects were associated with this good deal of a selection and he assured us there was not.

We purchased enough wood for our entire house minus bathrooms and laundry room.

We have been exposed to this product for 6 years. 3 years of them acctualy knowing there was a safety concern with the flooring as I have found out since. Why not a recall or atleast let the consumer decide for themselves no notices until this Class Action.

We have experienced some health concerns in the last 6 years. We have also buried 3 dogs and a cat. Dog #1 Cancer & breathing issues (deceased) Dog #2 leukemia - deceased Dog #3 tumors (deceased) Cat tumors (decease Dog #4 has environmental allergies

This dog #4 is our grand dog and spends atleast 4 overnight visits a week at our house as my daughter is a paramedic The dog #4 only displayed symptoms when in our home unless they developed into secondary infections. When I recieved the post card for classaction I did some research and bought a respected tester, as Lumber liquidators never supplied us one after several requests.

I began testing my home over several weeks. Even though they said after 6 years it would be disipated by now. After six years we were still getting unsafe level readings consitantly.

We removed the flooring immediatly after these results.

Since removal of the flooring we have consistantly been in the safe zone on the same testing meter used with the floors.

Enclosed are pictures of my pets and the readings of the test with and without the floors. These floors had a 30 year warranty and had to be ripped out for our safety. We've had remove and dispose off a product we thought would last us atleast that long. We have incoured medical bills and 1000's of dollars on vet bills. I pray everynight & day we have not acquired anymore cancers or ill effects from this product. Only time will tell.

I am so disheartened that a company could show such disconcern for their customers.

A Quote from Lumber Liquidators:

"Your life is lived on our floors and we take that to heart"

Apparently NOt

Thank you for hearing my complaints and concerns.

Sincerly, Laura Hatchel

*Laura Hatchel*

Craig Hatchel

I have No objections ~~to any~~ other class action

I do not plan on appearing in court

I do not have legal councel.

Enclosed pictures

Hatch
538 CR 155
Whitesboro, TX 76273

Clerk of Court
United States District Court
For the Eastern District of Virginia
401 Courthouse Square
[...] VA 22314