FILED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

2018 NOV 21  P 1: 15

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING DURABILITY MARKETING AND SALES PRACTICE LITIGATION | MDL No. 1:16MD2743 (AJT/TRJ) |
| This Document Relates to ALL Cases | |

**CLASS MEMBER DIANA CANTU-GUERRERO'S AMENDED NOTICE OF APPEAL**

On November 8, 2018, objecting class member Diana Cantu-Guerrero filed a notice of appeal (ECF Doc. No. 162), hereby incorporated by reference, from the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF Doc. No. 157) entered in this action on October 9, 2018, and all orders and opinions that merge therein, which appeal has been docketed in the United States Court of Appeals for the Fourth Circuit, Case No. 18-2351. As noted in her notice of appeal, she also appealed from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

Thereafter, on November 15, 2018, the Court entered an order awarding class counsel attorneys' fees, costs and expenses (ECF Doc. No. 167). Notice is hereby given that in addition to Class Member/Objector Diana Cantu-Guerrero appeal to the United States Court of Appeals for the Fourth Circuit from the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF Doc. No. 157), she also appeals to the United States Court of Appeals for the Fourth Circuit from the November 15, 2018 order awarding class counsel attorneys' fees, costs, and expenses (ECF Doc. No. 167).

DATED: November 21, 2018

Respectfully submitted,

Robert W. Clore
Pro Hac Vice
Texas State Bar #24012436
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
(361) 698–5200

*Counsel for Objecting Class Member Diana Cantu-Guerrero*

## Certificate of Service

In addition to filing this objection with the Clerk's Office at 401 Courthouse Square, Alexandria, VA 22314, the undersigned certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Objection and associated exhibits upon the following.

DATED: November 21, 2018

**Defendant Lumber Liquidators, Inc.**
**Lead Counsel:**
Diane P. Flannery, Esq.
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

**Formaldehyde**
**Plaintiffs' Co-Lead Counsel:**
Steven Toll, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave, NW
Suite 500 – West Tower
Washington, DC 20005

**Durability**
**Plaintiffs' Co-Lead Counsel:**
Alexander Robertson, IV, Esq.
Robertson & Associates, LLP
32121 Lindero Canyon Rd, Suite 200
Westlake Village, CA 91361

_/s/ Robert W. Clore_
Robert W. Clore