November 13, 2018

Clerk of Court
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

> RE: Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation
> Case No. 1:15-md-02627 (AJT/TRJ)
>
> and
>
> RE: Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing & Sales Practices Litigation
> Case No. 1:16-md-02743 (AJT/TRJ)

Dear Clerk of Court:

Recently I had a conversation with Douglas McNamara, attorney for the class action case named above, and we spoke about the expected compensation compared with the actual award in this suit. I understand, from this conversation, that the court will allow me to amend my original preference for a monetary reward and instead request the voucher from Lumber Liquidators. I truly appreciate the court's flexibility and consideration on this issue. Given this modification, I would like to withdraw my objection to this settlement.

Thank you, in advance, for your thoughtful consideration of this matter.

Respectfully yours,

Stacey L. Schneider
846 Vail Ridge
Williamsburg, VA 23188
(757)719-3112
schneiders@tncc.edu

1

CC: Laminate Settlement
Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Defendant Lumber Liquidators, Inc. Lead Counsel:
Diane P. Flannery, Esq.
McGuire Woods LLP
Gateway Plaza, 800 East Canal Street
Richmond, VA 23219

Formaldehyde Plaintiffs' Co-Lead Counsel:
Steven Toll, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave, NW
Suite 500 – West Tower
Washington, DC 20005

Durability Plaintiffs' Co-Lead Counsel:
Alexander Robertson, IV, Esq.
Robertson & Associates, LLP
32121 Lindero Canyon Rd, Suite 200
Westlake Village, CA 91361

Schneider
846 Van 7 Pl Rd
Wmsbg, VA
23188

Clerk of Court
US. District Court Eastern VA
401 Courthouse Sq.
Alexandria, VA

22314-579899

RICHMOND VA 230
23 NOV 2018 PM 7 L