IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to ALL Cases | MDL No. 1:15-md-2627 (AJT/TRJ) |
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING DURABILITY MARKETING AND SALES PRACTICE LITIGATION<br><br>This Document Relates to ALL Cases | MDL No. 1:16-md-2743 (AJT/TRJ) |

## NOTICE OF APPEAL

Notice is hereby given that Brice M. Johnston, an Objector in the above named cases, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order (Document 1726) awarding attorneys' fees to Class Counsel in the amount of $10,080,000, entered in this action on the 15th day of November 2018.

Respectfully,

Brice M. Johnston
4824 Grassmere St
Montgomery AL 36116-9200